United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Daniel Cohen, Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-22793-Civ-Scola |
| | ) | |
| Citibank, N.A., Defendant | ) | |

### Order of Dismissal

    The Plaintiff failed to timely serve the Defendant in this case. The Plaintiff filed his complaint on July 7, 2020, and was responsible for serving the Defendant(s) with a summons and complaint by October 5, 2020. Fed. R. Civ. P. 4(c)(1); Fed. R. Civ. P. 4(m). Previously, the Court notified the Plaintiff, in keeping with Rule 4(m), that the Court would dismiss this case without prejudice unless the Plaintiff established, by October 27, 2020, that he served the Defendant timely or that good cause existed for his failure to timely serve the Defendant. He did neither.

    Additionally, the Court has also "consider[ed] whether any other circumstances warrant an extension of time based on the facts of the case." *Lepone-Dempsey v. Carroll Cty. Comm'rs*, 476 F.3d 1277, 1282 (11th Cir. 2007). The Court does not discern any such factor nor does the Plaintiff offer one. For example, it appears no "applicable statute of limitations would bar the refiled action"; nor does it appear that "the defendant is evading service or conceals a defect in attempted service." *Id.* (quoting Fed.R.Civ.P. 4(m), Advisory Committee Note, 1993 Amendments.) Further, even if such circumstances were present, the Court, based on the record in this case, would nonetheless decline to exercise its discretion to afford the Plaintiff an extension of time to serve the Defendant.

    Consequently, because the Plaintiff has not established good cause for his failure to serve and because an extension of the time to do so is not warranted, the Court **dismisses** this action **without prejudice**, and directs the Clerk of the Court to **close** the case.

    **Done and ordered** in Miami, Florida, on October 28, 2020.

                                                            Robert N. Scola, Jr.
                                                            United States District Judge